Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

*Counsel for Plaintiff Ryan Fox*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN FOX, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IXYS CORPORATION, NATHAN ZOMMER, UZI SASSON, SAMUEL KORY, KENNETH D. WONG, JAMES M. THORBURN, S. JOON LEE, DONALD L. FEUCHT, and TIMOTHY A. RICHARDSON,<br><br>　　　　　Defendants. | Case No. 5:17-cv-06438-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1 | Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Ryan Fox ("Plaintiff") voluntarily dismisses the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: January 12, 2018        **LEVI & KORSINSKY, LLP**

By: /s/ *Rosemary M. Rivas*
Rosemary M. Rivas
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

*Counsel for Plaintiff Ryan Fox*